IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| GREG D. NUNNALLY, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 5:10-CV-245 (HL) |
| BRIAN OWENS, *et al.*, | : | |
| Defendants | : | **ORDER** |

On July 23, 2010, the Court ordered plaintiff to submit a completed 42 U.S.C. § 1983 form and provide additional information regarding his claims and the named defendants. Plaintiff was given until August 13, 2010 to respond to this Order to Supplement. Plaintiff was informed that if failed to respond in a timely manner, his civil action would be dismissed.

Plaintiff has failed to respond to the July 23, 2010 Order to Supplement. Because of his failure to comply with the Court's instructions, plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE** and all outstanding motions (R. at 2, 3) are **DENIED AS MOOT**.

**SO ORDERED**, this 18th day of August, 2010.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb